542 U.S. 912
 NEWSOME
v.
UNITED STATES (Reported below: 89 Fed. Appx. 466);
MARTIN
v.
UNITED STATES (87 Fed. Appx. 392);
CHIMNEY
v.
UNITED STATES (88 Fed. Appx. 77);
SONGALIA FLORES
v.
UNITED STATES (___ Fed. Appx. ___);
VILLARREAL-MEDINA
v.
UNITED STATES (87 Fed. Appx. 395);
ABNEY
v.
UNITED STATES (87 Fed. Appx. 960);
GUERRERO
v.
UNITED STATES (87 Fed. Appx. 990);
AGUILAR-CORTEZ
v.
UNITED STATES (87 Fed. Appx. 937);
AVILA-CHAVEZ
v.
UNITED STATES (87 Fed. Appx. 433);
HERNANDEZ-HERNANDEZ
v.
UNITED STATES (87 Fed. Appx. 425);
DE LOS SANTOS
v.
UNITED STATES (87 Fed. Appx. 421);
MEDINA-TENIENTE
v.
UNITED STATES (87 Fed. Appx. 978); and
DE LUNA-VIGIL
v.
UNITED STATES (87 Fed. Appx. 976).
 No. 03-10272.
 Supreme Court of United States.
 June 14, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied.